WMC

FILED
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2007 OCT 10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Magistrate Case No. 07 MJ 2415 |
| v. | ) COMPLAINT FOR VIOLATION OF |
| David Rene GODINEZ | ) Title 8, U.S.C., Section |
| Defendant. | ) 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about **October 08, 2007**, within the Southern District of California, defendant **David Rene GODINEZ**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Fabian VAZQUEZ-Flores**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10**[TH] DAY OF **OCTOBER 2007**.

_____
UNITED STATES MAGISTRATE JUDGE

The complainant states that **Fabian VAZQUEZ-Flores** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial thereof by subpoena; and he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On October 08, 2007 at about 2100 hours **David Rene GODINEZ (Defendant)** applied for admission into the United States driving a maroon 1997 Mitsubishi Eclipse convertible at the San Ysidro Port of Entry. Defendant was the sole visible occupant in the vehicle. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant orally claimed to be a United States citizen by birth and presented his California driver license. The CBP Officer received a negative Customs declaration from Defendant. Defendant claimed the vehicle belonged to his friend. The defendant's hands were shaking as he handed his driver license to the CBP Officer. The CBP Officer obtained the driver license and noticed Defendant appeared to be nervous. During his inspection of the vehicle, the CBP Officer noticed a space discrepancy behind the rear seat and the trunk area. The CBP Officer referred the vehicle and Defendant to secondary inspection.

In secondary, CBP Officers removed an undocumented alien from a non-factory compartment located in the convertible top storage area, behind the bolted rear seat. The CBP Officer assisted in extracting the undocumented alien from the compartment. The CBP Officer cut the convertible top fabric and made an exit point for the undocumented alien to exit the compartment. The undocumented alien complained of burns to his knees. The undocumented alien was determined to be a citizen of Mexico with no entitlements to enter the United States. The undocumented alien is now identified as material witness **Fabian VAZQUEZ-Flores (MW)**.

During a videotaped interview, Defendant denied knowledge of the smuggling act. Defendant denied knowing an undocumented alien was concealed in the vehicle. Defendant denied participating in the concealment of the alien. Defendant stated he borrowed his friend's vehicle to visit his grandmother in Tijuana, Mexico. Defendant stated he had possession of the vehicle throughout the day, stated he drove the vehicle into Mexico and had control of it during the evening, until his arrival to the San Ysidro Port of Entry. Defendant stated he parked the vehicle in front of his grandmother's house. Defendant stated he remained at his grandmother's house all day and evening. Defendant stated he did not have visual contact with the vehicle at all times while in Tijuana, Mexico. Defendant stated he left the vehicle unlocked while at his grandmother's house. Defendant stated he traveled directly from his grandmother's house to the San Ysidro Port of Entry with no stops in between.

During a videotaped interview, MW admitted he is a citizen of Mexico with no legal documents to enter or reside in the United States. MW stated he made the smuggling arrangements with a man known as "Carlos." MW stated he was to pay $3,500.00 USD to be smuggled into the United States. MW stated he was going to Huntington Park, CA to seek employment.