1 **TIMOTHY R. GARRISON**
California State Bar No. 228105
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: timothy_garrison@fd.org

5 Attorneys for MR. GODINEZ

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                           **(HONORABLE LEO S. PAPAS)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO. 07MJ2415 |
| 12           Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 DAVID RENE GODINEZ, | ) | |
| 15           Defendant. | ) | |

18     Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
19 Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in
20 the above-captioned case.

21                                         Respectfully submitted,

23 Dated: October 11, 2007         /s/ *Timothy R. Garrison*
                                    Federal Defenders of San Diego, Inc.
24                                  Attorneys for Defendant
                                    Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  October 11, 2007                   /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Timothy_Garrison@fd.org (email)